Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant Allied World Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DRAGON HOTEL, LLC, a limited-liability company, dba ALPINE MOTEL; ADOLFO G. OROZCO, an individual; ERIKA AYALA (aka ERIKA AYALA-AGUILAR), an individual; ELITE 1, LLC, domestic limited-liability company; GALEANA, LLC, a Delaware limited-liability company, CANCUN, LLC, a domestic limited liability company,<br><br>             Plaintiffs,<br><br>v.<br><br>ALLIED WORLD INSURANCE COMPANY; and DOES I to XV, insurance brokers, agents and claims supervisors and insurers for the general liabilities of the above-named plaintiffs,<br><br>             Defendants. | Case No:  2:23-cv-00687-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR ALLIED WORLD INSURANCE COMPANY TO FILE ITS RESPONSIVE PLEADING**<br><br>**(First Request)** |

Defendant, Allied World Insurance Company ("Allied World") and Plaintiffs, Las Vegas Dragon Hotel, LLC dba Alpine Motel, Adolfo G. Orozco, Erika Ayala (aka Erika Ayala-Aguilar), Elite 1, LLC, Galeana LLC, and Cancun, LLC, by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Allied World to file a responsive pleading to Plaintiffs' Complaint by thirty (30) days, from May 9, 2023 to June 8, 2023. This is the parties' first request for extension of the deadline.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the requested extension, as counsel for Allied World has only recently been retained to represent Allied World in this matter and is in the process of reviewing the file materials and information necessary to respond to the allegations set forth in the Complaint.  Accordingly, the parties agree that the

282845600v.1

1  requested extension furthers the interests of this litigation and is not being requested in bad faith or

2  to delay these proceedings unnecessarily.

3        DATED this 9th day of May, 2023.

4                                          **WILSON, ELSER, MOSKOWITZ,**
                                           **EDELMAN & DICKER LLP**

5
                                            */s/ Chad C. Butterfield*
6                                          Chad C. Butterfield, Esq.
                                           Nevada Bar No. 10532
7                                          6689 Las Vegas Blvd. South, Suite 200
                                           Las Vegas, NV  89119
8                                          *Attorneys for Defendant Allied World*
                                           *Insurance Company*
9
       DATED this 9th day of May, 2023.
10
                                           **BOYACK ORME & ANTHONY**
11

12                                          */s/ Christopher B. Anthony*
                                           Christopher B. Anthony, Esq.
13                                         Nevada Bar No. 9748
                                           7432 W. Sahara Ave., Suite 101
14                                         Las Vegas, NV 89117
                                           *Attorneys for Plaintiffs*
15

16

17

18

19                                         IT IS SO ORDERED.

20

21                                         _____
                                           Cam Ferenbach
22                                         United States Magistrate Judge

23                                         DATED _5-9-2023_____

24

25

26

27

28

-2-

282845600v.1