Edward D. Boyack, Esq.
Nevada Bar No. 5229
Christopher B. Anthony, Esq.
Nevada Bar No. 9748
BOYACK ORME & ANTHONY
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
canthony@boyacklaw.com
P: 702.562.3415
F: 702.562.3570
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS DRAGON HOTEL, LLC, a limited-liability company, dba ALPINE MOTEL; ADOLFO G. OROZCO, an individual; ERIKA AYALA (aka ERIKA AYALA-AGUILAR), an individual; ELITE 1, LLC, a domestic limited-liability company; GALEANA, LLC, a Delaware limited-liability company; CANCUN, LLC, a domestic limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED WORLD INSURANCE COMPANY; and DOES I – XV, insurance brokers, agents and claims supervisors and insurers for the general liabilities of the above-named plaintiffs<br><br>Defendants. | CASE NO. 2:23-cv-00687-APG-VCF<br><br>**STIUPLATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFFS TO FILE ITS RESPONSIVE PLEADING** |

Plaintiffs, Las Vegas Dragon Hotel, LLC dba Alpine Motel, Adolfo G. Orozco, Erika Ayala (aka Erika Ayala-Aguilar), Elite 1, LLC, Galeana LLC, and Cancun, LLC, and Defendants, Allied World Insurance Company ("Defendant") by and through their respective counsel of record,

hereby stipulate and agree to extend the deadline for Plaintiffs to file a responsive pleading to Defendant's Counterclaim an additional 30 days, from June 29, 2023 to July 28, 2023.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, there is a change in counsel pending for Plaintiffs in this matter and new counsel will need time to evaluate and respond to the allegations set forth in the Counterclaim.

DATED this 29th day of June, 2023.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Chad C. Butterfield
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Attorneys for Defendant Allied World Insurance Company

DATED this 29th day of June, 2023.

**BOYACK ORME & ANTHONY**

/s/ Christopher B. Anthony
Christopher B. Anthony, Esq.
Nevada Bar No. 9748
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117
Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate
Dated  6-30-2023 .