Chad C. Butterfield, Esq.
Nevada Bar No. 010532
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
(702) 727-1400;
FAX (702) 727-1401
chad.butterfield@wilsonelser.com
Attorneys for Defendant Allied World Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS DRAGON HOTEL, LLC, a limited-liability company, dba ALPINE MOTEL; ADOLFO G. OROZCO, an individual; ERIKA AYALA (aka ERIKA AYALA-AGUILAR), an individual; ELITE 1, LLC, domestic limited-liability company; GALEANA, LLC, a Delaware limited-liability company, CANCUN, LLC, a domestic limited liability company,<br><br>                    Plaintiffs,<br><br>v.<br><br>ALLIED WORLD INSURANCE COMPANY; and DOES I to XV, insurance brokers, agents and claims supervisors and insurers for the general liabilities of the above-named plaintiffs,<br><br>                    Defendants. | Case No:   2:23-cv-00687-APG-VCF<br><br>**STIPULATION TO EXTEND DEADLINES TO CONFER PURSUANT TO FED. R. CIV. P. 26(f) AND TO FILE DISCOVERY PLAN** |

Defendant Allied World Insurance Company ("Allied World") and Plaintiffs Las Vegas Dragon Hotel, LLC dba Alpine Motel, Adolfo G. Orozco, Erika Ayala (aka Erika Ayala-Aguilar), Elite 1, LLC, Galeana LLC, and Cancun, LLC ("Plaintiffs") hereby stipulate and agree to: (1) extend the deadline for the parties to confer pursuant to Federal Rule of Civil Procedure 26(f) by 30 days, from July 10, 2023 to August 9, 2023; and (2) extend the deadline for the parties to file a discovery plan by 30 days, from July 23, 2023 to August 22, 2023.

This is the parties' first request for extension of the foregoing deadlines. This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extensions, as Plaintiffs' response to Allied World's counterclaim is now due on July 28, 2023 (*see* ECF No. 19); there is a change in counsel pending for Plaintiffs in this matter; and new counsel for Plaintiffs will

1  need time to familiarize himself with this matter in order to meaningfully engage in the issues for
2  discussion under Rule 26(f) and LR 26-1.

|  |  |
|---|---|
|  | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
| DATED this 10th day of July, 2023. | */s/ Chad C. Butterfield*<br>Chad C. Butterfield, Esq.<br>Nevada Bar No. 10532<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada  89119<br>*Attorneys for Defendant Allied World Insurance Company* |
|  | **BOYACK ORME & ANTHONY** |
| DATED this 10th of July, 2023. | */s/ Christopher B. Anthony*<br>Edward Dean Boyack<br>Nevada Bar No. 5229<br>Christopher B. Anthony<br>Nevada Bar No. 9748<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, NV  89117<br>*Attorneys for Plaintiffs* |

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

Dated July 11, 2023.

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on July 10, 2023, I served the foregoing **STIPULATION TO EXTEND DEADLINES TO CONFER PURSUANT TO FED. R. CIV. P. 26(f) AND TO FILE DISCOVERY PLAN** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

BY: */s/ Angela Rafferty*
An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP