# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DRAGON HOTEL, LLC, et al.,<br><br>   Plaintiffs<br><br>v.<br><br>ALLIED WORLD INSURANCE COMPANY,<br><br>   Defendant | Case No.: 2:23-cv-00687-APG-VCF<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that the plaintiffs/counterdefendants' certificate of interested parties (ECF No. 23) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each counter defendant as required by the recent amendment to that rule.

I FURTHER ORDER the plaintiffs/counterdefendants to file a proper certificate of interested parties by August 31, 2023.

DATED this 31st day of July, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE