Edward D. Boyack, Esq.
Nevada Bar No. 5229
Christopher B. Anthony, Esq.
Nevada Bar No. 9748
BOYACK ORME & ANTHONY
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
canthony@boyacklaw.com
P: 702.562.3415
F: 702.562.3570
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DRAGON HOTEL, LLC, a limited-liability company, dba ALPINE MOTEL; ADOLFO G. OROZCO, an individual; ERIKA AYALA (aka ERIKA AYALA-AGUILAR), an individual; ELITE 1, LLC, a domestic limited-liability company; GALEANA, LLC, a Delaware limited-liability company; CANCUN, LLC, a domestic limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED WORLD INSURANCE COMPANY; and DOES I – XV, insurance brokers, agents and claims supervisors and insurers for the general liabilities of the above-named plaintiffs <br><br> Defendants. | CASE NO. 2:23-cv-00687-APG-VCF <br><br> **STIUPLATION TO EXTEND THE DEADLINES TO CONFER PURSUANT TO FED. R. CIV. P. 26(f) CONFERENCE** |

Plaintiffs, Las Vegas Dragon Hotel, LLC dba Alpine Motel, Adolfo G. Orozco, Erika Ayala (aka Erika Ayala-Aguilar), Elite 1, LLC, Galeana LLC, and Cancun, LLC, and Defendants, Allied World Insurance Company ("Defendant") by and through their respective counsel of record, hereby stipulate and agree to (1) extend the deadline for the parties to confer pursuant to Federal

Rule of Civil Procedure 26(f) by two weeks, from August 9, 2023 to August 23, 2023; and (2) extend the deadline for the parties to file a discovery plan by two weeks from August 22, 2023 to September 5, 2023.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, there is a change in counsel pending for Plaintiffs in this matter and new counsel will need time to evaluate and respond.

DATED this 9th day of August, 2023.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Chad C. Butterfield, Esq.
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Attorneys for Defendant Allied World Insurance Company

**WILEY REIN LLP**

/s/ Ashley E. Eiler, Esq.
Elizabeth E. Fischer, Esq.
Ashley E. Eiler, Esq.
2050 M. Street NW
Washington, DC 20036
Attorneys for Defendant Allied World Insurance Company

DATED this 9th day of August, 2023.

**BOYACK ORME & ANTHONY**

/s/ Christopher B. Anthony
Christopher B. Anthony, Esq.
Nevada Bar No. 9748
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117
Attorneys for Plaintiffs

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  8-10-2023