# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DRAGON HOTEL, LLC, et al., <br><br> Plaintiffs <br><br> v. <br><br> ALLIED WORLD INSURANCE COMPANY, <br><br> Defendant | Case No.: 2:23-cv-00687-APG-VCF <br><br> **Order Striking Certificate of Interested Parties** |

I ORDER that the plaintiffs/counterdefendants' certificate of interested parties (ECF No. 27) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each plaintiff/counterdefendant as required by the recent amendment to that rule. The certificate does not identify the citizenship of any of the limited liability (LLC) defendants. An LLC "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

I FURTHER ORDER the plaintiffs/counterdefendants to file a proper certificate of interested parties by September 8, 2023.

DATED this 29th day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE