| | |
|---|---|
| 1 | Chad C. Butterfield, Esq. |
| | Nevada Bar No. 010532 |
| 2 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| | 6689 Las Vegas Blvd. South, Suite 200 |
| 3 | Las Vegas, Nevada 89119 |
| | (702) 727-1400; FAX (702) 727-1401 |
| 4 | chad.butterfield@wilsonelser.com |
| 5 | Richard A. Simpson, Esq. (admitted *pro hac vice*) |
| | Ashley E. Eiler, Esq. (admitted *pro hac vice*) |
| 6 | Elizabeth E. Fisher, Esq. (admitted *pro hac vice*) |
| | **WILEY REIN LLP** |
| 7 | 2050 M Street NW |
| | Washington, DC  20006 |
| 8 | rsimpson@wiley.law |
| | aeiler@wiley.law |
| 9 | eefisher@wiley.law |
| | (202) 719-7000 |
| 10 | |
| 11 | *Attorneys for Defendant Allied World Insurance Company* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DRAGON HOTEL, LLC, a limited-liability company, dba ALPINE MOTEL; ADOLFO G. OROZCO, an individual; ERIKA AYALA (aka ERIKA AYALA-AGUILAR), an individual; ELITE 1, LLC, domestic limited-liability company; GALEANA, LLC, a Delaware limited-liability company, CANCUN, LLC, a domestic limited liability company, | Case No:   2:23-cv-00687-APG-VCF |
| | |
| | **JOINT STIPULATION REGARDING DISPOSITIVE MOTIONS AND STAY OF DISCOVERY PENDING DISPOSITIVE MOTIONS** |
| Plaintiffs, | |
| v. | |
| ALLIED WORLD INSURANCE COMPANY; and DOES I to XV, insurance brokers, agents and claims supervisors and insurers for the general liabilities of the above-named plaintiffs, | |
| Defendants. | |

Plaintiffs/Counterclaim Defendants Las Vegas Dragon Hotel, LLC d/b/a Alpine Motel, Adolfo G. Orozco, Erika Ayala a/k/a/ Erika Ayala-Aguilar, Elite 1, LLC, Galeana LLC, and Cancun LLC (together, "Plaintiffs") and Defendant/Counterclaim Plaintiff Allied World Insurance Company ("Allied World" and, together with Plaintiffs, the "Parties") stipulate as follows:

   1.  Plaintiffs filed their Complaint in this action in Nevada state court on October 17,

1    2022, asserting causes of action against Allied World for declaratory relief, breach of contract, breach of the implied covenant of good faith and fair dealing, and violations of the Nevada Unfair Claims Practices Act.  ECF No. 1-2.

2.   Allied World was served with a copy of the complaint and summons on April 11, 2023.  ECF No. 1-3, at 15.

3.   Allied World removed to this Court on May 2, 2023.  ECF No. 1.

4.   On June 8, 2023, Allied World filed its answer to the complaint and a counterclaim for declaratory relief, seeking a determination that Umbrella Liability Insurance Policy No. 0311-5253, which Allied World issued to Paramount Real Estate Group, Inc. for the Policy Period of November 1, 2018 to November 1, 2020 (the "Policy"), does not afford coverage for a series of underlying lawsuits filed against one or more of the Plaintiffs arising out of the fire that took place at the Alpine Motel Apartments in December 2019 (the "Underlying Lawsuits").  *See* ECF No. 14.

5.   Pursuant to the Scheduling Order entered by the Court (ECF No. 30), the Parties exchanged Rule 26(a)(1) initial disclosures on September 19, 2023.

6.   In the interests of judicial economy, the Parties now wish to stipulate to a process by which discovery is stayed pending the resolution of certain motions on threshold legal issues (the "Motions") that may be filed by the Parties pursuant to the terms of this stipulation.

7.   Plaintiffs, on the one hand, and Allied World, on the other hand, may each file a Motion seeking summary judgment or partial summary judgment pursuant to Federal Rule of Civil Procedure 56 on the following threshold issues:

   (a) whether the Policy affords coverage to any of the Plaintiffs in connection with the Underlying Lawsuits; and

   (b) whether the Court's determination of the issue set forth in Paragraph 7(a) is dispositive of any or all of the Parties' causes of action.

8.   No Party shall oppose any other Party's Motion pursuant to Fed. R. Civ. P. 56(d) on the grounds that additional discovery is needed to resolve the threshold legal issues presented by the Motion.

9.   The Parties shall use good faith efforts to agree upon a Joint Stipulation of Facts, to

consist of facts that the Parties will agree are undisputed solely for purposes of the Motions and without prejudice to the Parties' right to dispute such facts at a later stage of the case. The Joint Stipulation of Facts shall be filed no later November 21, 2023.

10. The Parties shall use good faith efforts to agree upon a Joint Appendix, consisting of the Policy, key underwriting documents, pleadings from the Underlying Lawsuits, and other documents that may be cited to in support of a Motion and whose authenticity is undisputed. The Joint Appendix shall be filed no later than November 21, 2023.

11. In their Motions, the Parties may not (a) cite to any facts other than those included in the Joint Stipulation of Facts or established by the documents included in the Joint Appendix; or (b) rely on any documents other than those included in the Joint Appendix.

12. A Party's agreement to include a particular fact in the Joint Stipulation of Facts or to include a particular document in the Joint Appendix shall not constitute an admission that such fact or document is material to the issues to be decided in the Motions.

13. The Parties shall file their respective Motions with the accompanying memorandum of law required by Local Rule 7-2 and statement of facts required by Local Rule 56 by November 30, 2023.

14. The Parties shall file their respective responses to a Motion with the accompanying memorandum of law required by Local Rule 7-2 and statement of facts required by Local Rule 56 by December 21, 2023.

15. The Parties shall file any replies in support of a Motion by January 10, 2024.

16. All deadlines in the Scheduling Order (ECF No. 30) are vacated.

17. All additional discovery in this action will be stayed from the date of this stipulation through a decision on the Motions.

18. In the event that the Court determines, in ruling on the Motions, that Allied World is entitled to a judgment declaring that the Policy does not afford coverage to any of the Plaintiffs in connection with the Underlying Lawsuits but that issues of fact preclude the entry of judgment on Plaintiffs' Third and/or Fourth Causes of Action for, respectively, "Bad Faith" and "Violation of Provisions of the Nevada Unfair Claims Practices Act (UCPA)", Plaintiffs—with Allied World's

consent—will file a voluntary dismissal of Counts III and IV pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with prejudice and with each side to bear his, her, or its own attorney fees' or costs.

19. In the event that the Court determines, in ruling on the Motions, that the Policy affords coverage to one or more of the Plaintiffs in connection with the Underlying Lawsuits, the Parties will promptly meet and confer about how to proceed and will file a Joint Status Report with the Court within 30 days of the Court's ruling on the Motions.

**WILEY REIN LLP**

DATED this 16th day of November, 2023.

/s/ *Elizabeth E. Fisher*

Richard A. Simpson, Esq. (*pro hac vice*)
Ashley E. Eiler, Esq. (*pro hac vice*)
Elizabeth E. Fisher, Esq. (*pro hac vice*)
2050 M Street NW
Washington, DC  20006
rsimpson@wiley.law
aeiler@wiley.law
eefisher@wiley.law
(202) 719-7000 (tel)
(202) 719-7049 (fax)

Chad C. Butterfield, Esq.
Nevada Bar No. 10532
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89119
chad.butterfield@wilsonelser.com
(702) 727-1400 (tel)
(702) 727-1401 (fax)

*Attorneys for Defendant Allied World Insurance Company*

-4-

1
2      DATED this 16th of November, 2023.                BOYACK ORME & ANTHONY
3
                                                         /s/ Christopher B. Anthony
4                                                        Edward Dean Boyack
                                                         Nevada Bar No. 5229
5                                                        Christopher B. Anthony
                                                         Nevada Bar No. 9748
6                                                        7432 W. Sahara Avenue, Suite 101
                                                         Las Vegas, NV 89117
7
                                                         *Attorneys for Plaintiffs*
8
9                                                           **ORDER**

10   **IT IS SO ORDERED**
11
12                                                       _____
                                                         UNITED STATES ~~DISTRICT~~ JUDGE
13                                                                       Magistrate
                                                         Dated  11-17-2023         .
14

-5-