Edward D. Boyack, Esq.
Nevada Bar No. 5229
Christopher B. Anthony, Esq.
Nevada Bar No. 9748
BOYACK ORME & ANTHONY
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
canthony@boyacklaw.com
P: 702.562.3415
F: 702.562.3570
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DRAGON HOTEL, LLC, a limited-liability company, dba ALPINE MOTEL; ADOLFO G. OROZCO, an individual; ERIKA AYALA (aka ERIKA AYALA-AGUILAR), an individual; ELITE 1, LLC, a domestic limited-liability company; GALEANA, LLC, a Delaware limited-liability company; CANCUN, LLC, a domestic limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED WORLD INSURANCE COMPANY; and DOES I – XV, insurance brokers, agents and claims supervisors and insurers for the general liabilities of the above-named plaintiffs <br><br> Defendants. | CASE NO. 2:23-cv-00687-APG-VCF <br><br> **JOINT STIUPLATION REGARDING AMENDED BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS** |
| ALLIED WORLD INSURANCE COMPANY, <br><br> Counterclaimant, <br><br> v. | |

ERIKA AYALA, CANCUN, LLC, ELITE1, LLC, GALEANA, LLC, LAS VEGAS DRAGON HOTEL, LLC, ADOLFO G. OROZCO,

Counter-Defendants.

## JOINT STIUPLATION REGARDING AMENDED BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS

Plaintiffs/Counterclaim Defendants Las Vegas Dragon Hotel, LLC d/b/a Alpine Motel, Adolfo G. Orozco, Erika Ayala a/k/a/ Erika Ayala-Aguilar, Elite 1, LLC, Galeana LLC, and Cancun LLC (together, "Plaintiffs") and Defendant/Counterclaim Plaintiff Allied World Insurance Company ("Allied World" and, together with Plaintiffs, the "Parties") stipulate as follows:

1. On November 17, 2023, the Court entered an Order (Doc 38) approving a briefing schedule for early dispositive motions to be filed. The Order set forth briefing dates as follows:

| Competing Motions | November 30, 2023 |
| Oppositions | December 21, 2023 |
| Replies | January 10, 2024 |

2. In part due to Plaintiff counsel's trial calendar, the Parties have agreed to extend these deadlines. The Parties propose a new briefing schedule as follows:

| Competing Motions | **December 7, 2023** |
| Oppositions | **January 9, 2024** |
| Replies | **January 23, 2024** |

3. No other terms of the November 17, 2023 (Doc 38) Order shall be modified, and the stay of discovery shall remain in place through the date of the Court's decision on the motions.

DATED this 30th day of November, 2023.   **BOYACK, ORME & ANTHONY**

*/s/ Christopher B. Anthony*
Christopher B. Anthony, Esq.
Nevada Bar No. 9748
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

DATED this 30th day of November, 2023.   **WILEY REIN LLP**

*/s/ Ashley E. Eiler*
Richard A. Simpson, Esq. (*pro hac vice*)
Ashley E. Eiler, Esq. (*pro hac vice*)
Elizabeth E. Fischer, Esq. (*pro hac vice*)
2050 M. Street NW
Washington, DC 20006
rsimpson@wiley.law
aeiler@wiley.law
eefisher@wiley.law
(202) 719-7000 (tel)
(202) 719-7049 (fax)

Chad C. Butterfield, Esq.
Nevada Bar No. 10532
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Chad.butterfield@wilsonelser.com
(702) 727-1400 (tel)
(702) 727-1401 (fax)
*Attorneys for Defendant Allied World Insurance Company*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
2:23-vb-00687-APG-VCF
Dated  12-1-2023

**Norma Ramirez**

**From:** Eiler, Ashley <AEiler@wiley.law> on behalf of Eiler, Ashley
**Sent:** Thursday, November 30, 2023 11:28 AM
**To:** Chris Anthony
**Cc:** Simpson, Richard; Butterfield, Chad C.; Fisher, Elizabeth; Ted Boyack; Norma Ramirez
**Subject:** RE: 2:23-cv-00687-APG-VCF - Dragon v. Allied - Stipulation for revised deadlines

Hi Chris,

Thank you – you have my permission to file with my e-signature.

Best,
Ashley

**From:** Chris Anthony <canthony@boyacklaw.com>
**Sent:** Thursday, November 30, 2023 2:22 PM
**To:** Eiler, Ashley <AEiler@wiley.law>
**Cc:** Simpson, Richard <RSimpson@wiley.law>; Butterfield, Chad C. <Chad.Butterfield@wilsonelser.com>; Fisher, Elizabeth <eefisher@wiley.law>; Ted Boyack <ted@boyacklaw.com>; Norma Ramirez <Norma@boyacklaw.com>
**Subject:** 2:23-cv-00687-APG-VCF - Dragon v. Allied - Stipulation for revised deadlines

External Email

Hi Ashley: Thank you again for the accommodation. Please let me know if we may use your e-signature on the attached Joint Stipulation Regarding Amended Briefing Schedule for Dispositive Motions.

Thank you,
Chris

Christopher B. Anthony, Esq.
BOYACK
ORME·ANTHONY
7432 W. Sahara Ave., Las Vegas, Nevada 89117
Phone: 702.562.3415      Fax: 702. 562-3570
canthony@boyacklaw.com    www.boyacklaw.com
CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed, and it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender and delete this email and any attachments.