A. William Maupin
Nevada State Bar No. 1315
awmaupin@flynngiudici.com
FLYNN GIUDICI, PLLC
708 University Way, Suite 200
Reno, NV 89501
Telephone: (775) 406-9595

Attorneys for Plaintiffs/Counter Defendants
Las Vegas Dragon Hotel, LLC, dba Alpine Motel; Adolfo G. Orozco; Erika Ayala, aka Erika Ayala-Aguilar; Cancun, LLC; Galeana, LLC; Elite 1, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DRAGON HOTEL, LLC, a limited-liability company, dba ALPINE MOTEL; ADOLFO G. OROZCO, an individual; ERIKA AYALA (aka ERIKA AYALA-AGUILAR), an individual; ELITE 1, LLC, domestic limited-liability company; GALEANA, LLC, a Delaware limited-liability company; CANCUN, LLC, a domestic limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED WORLD INSURANCE COMPANY; and DOES I to XV, insurance brokers, agents and claims supervisors and insurers for the general liabilities of the above-named plaintiffs,<br><br>Defendants | Case No.  2:23-cv-00687-APG-MDC<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiffs/Counter Defendants LAS VEGAS DRAGON HOTEL, LLC, dba ALPINE MOTEL; ADOLFO G. OROZCO; ERIKA AYALA, aka ERIKA AYALA-AGUILAR; CANCUN, LLC; GALEANA, LLC; and ELITE 1, LLC hereby substitutes Edward D. Boyack, Boyack Orme & Anthony, 7432 W. Sahara Ave., Suite 101, Las Vegas, Nevada 89117,

1

telephone: 702-562-3415, facsimile: 702-562-3570, as attorney of record in place and stead of A. William Maupin, Esq. of Flynn Giudici, PLLC.

DATED: December 29, 2023.    LAS VEGAS DRAGON HOTEL, LLC
By: /s/ Adolfo Orozco
Name: Adolfo Orozco
Its: Member

DATED: December 29, 2023.    CANCUN, LLC
By: /s/ Erika Ayala
Name: Erika Ayala Aguilar
Its: Member

DATED: December 29, 2023.    GALEANA, LLC
By: /s/ Adolfo Orozco
Name: Adolfo Orozco
Its: Member

DATED: December 29, 2023.    ELITE 1, LLC
By: /s/ Adolfo Orozco
Name: Adolfo Orozco
Its: Member

DATED: December 29, 2023.    By: /s/ Adolfo Orozco
Name: Adolfo G. Orozco

DATED: December 29, 2023.    By: /s/ Erika Ayala
Name: Erika Ayala, aka Erika Ayala-Aguilar

I consent to the above substitution.

DATED: October 13, 2023.    FLYNN GIUDICI, PLLC
By: /s/ William Maupin
A. William Maupin, Esq.
Nevada State Bar No. 1315

//
//
//

2

I am duly admitted to practice in this District. I accept the above substitution.

DATED: JANUARY 8, 2024.

BOYACK ORME & ANTHONY

By: _____
Christopher B. Anthony, Esq.
Nevada State Bar No. 9748

APPROVED:

DATED: February 13, 2024.

By: _____
Maximiliano D. Couvillier III
United States Magistrate Judge